

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00159-CR

**IN RE** Ryan Xavier **GARCIA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: March 18, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Ryan Xavier Garcia, filed his petition for writ of mandamus on March 2, 2026. Having considered the petition and record filed, this court has determined that Garcia has not established that he is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 19-08-0206-CRA, styled *State of Texas v. Ryan Xavier Garcia*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Russell Wilson presiding.